# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE PARENTAL RIGHTS AS TO C. M. H. AND B. T. H., MINORS.

AMBER HOOVER,
Appellant,
vs.
STATE OF NEVADA DEPARTMENT OF FAMILY SERVICES; C. M. H.; AND B. T. H., MINORS,
Respondents.

No. 80705

**FILED**

APR 01 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed on February 28, 2020, without payment of the requisite filing fee. That same day, a notice issued directing appellant to pay the filing fee within 10 days or the appeal will be dismissed. To date, appellant has not paid the filing fee or otherwise responded to this court's notice. Accordingly, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:     Hon. Cynthia N. Giuliani, District Judge
        Amber Hoover
        Clark County District Attorney/Juvenile Division
        Children's Attorney Project
        Eighth District Court Clerk

20-12493